# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORBERT BILLARD, | Case No.: 2:18-cv-182-APG-PAL |
| Plaintiff, | **Order Dismissing Case** |
| v. | [ECF No. 35] |
| STATE FARM LIFE INSURANCE COMPANY, | |
| Defendant. | |

The parties' Stipulation of Dismissal **(ECF No. 35) is GRANTED.**

IT IS HEREBY ORDERED this case is dismissed with prejudice. Each party is responsible for its own attorney's fees and costs. The Clerk of Court is instructed to close this case.

Dated: October 18, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE